**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRYAN KEITH TABER,                                                                    PLAINTIFF
#116153

v.                         No. 4:10CV00720 JLH-JJV

GARY STEWART, Dr., Faulkner
County Detention Center; *et al.*                                      DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 14th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE